IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VICTOR LAMAR GIBBS, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. H-04-CV-4753 |
| | § | Criminal Action No. H-03-CR-91 |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |
| | § | |

## ORDER

As Victor Lamar Gibbs' Petition for a Writ of Habeas Corpus has been denied, and the United States of America's Motion to Dismiss has been granted, the Court hereby

DISMISSES Victor Lamar Gibbs' Petition for a Writ of Habeas Corpus.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this __3rd__ day of June, 2005.

_____
DAVID HITTNER
United States District Judge